UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-cr-70-WWB-EJK

JOHN CAN UNSALAN

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Chauncey Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Vince Citro, Matthew Ferry, and Warren Lindsey |
| COURT REPORTER: | Heather Suarez heather@stenosuarez.com | PRETRIAL/PROBATION: | Tania Correa |
| SCHEDULED DATE/TIME: | April 17, 2024 2:11pm-3:37pm **Total time: 1hr, 26 mins.** | INTERPRETER: | N/A |

## MINUTES ON SENTENCING

Defendant placed under oath.
Duygu Unsalan makes unsworn statement.
Duygu Unsalan makes unsworn statement.
Didem Widener makes unsworn statement.
Miriam Moreno makes unsworn statement.

**SENTENCE IMPOSED as to Count Twelve of the Indictment.**

Counts One through Eleven and Counts Thirteen through Twenty-Two are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: SEVENTY-TWO (72) MONTHS with credit for time served.

**SUPERVISED RELEASE**: 3 years.
*Special conditions of supervised release:*
Drug aftercare conditions imposed.
Mental health treatment conditions imposed.
Credit conditions imposed.
Defendant shall cooperate in the collection of DNA.
Mandatory drug testing requirements are imposed.

**FINE:** $5,000.00.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in the Preliminary Order of Forfeiture entered at Doc. 77.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends the defendant's placement at the Federal Prison Camp at Pensacola for programming (Residential Drug Abuse Program (RDAP) /First Step Act) and family visitation purposes. The Court finds the defendant is appropriate for a minimum-security facility and programming is needed. If the Federal Prison Camp at Pensacola Camp is not available, then the Court recommends a facility in the state of Florida or adjacent to Florida with the same programs.

Defendant advised of right to appeal.